# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **IN RE: REASSIGNMENT OF** )<br>**MAGISTRATE JUDGE REFERENCE** ) | **ORDER OF REASSIGNMENT** |

Due to the retirement of United States Magistrate Judge John F. Forster, Jr., it is necessary to reassign the reference in one hundred twelve (112) civil cases. Therefore, the original reference to Magistrate Judge Forster in each of the civil cases listed on Attachment A is vacated, and a new Magistrate Judge reference has been made as indicated. The District Judge assignment in each of these cases is unchanged.

IT IS SO ORDERED this 13th day of May, 2008.

> AT THE DIRECTION OF THE COURT
> JAMES W. MCCORMACK, CLERK
>
> By:    /s/ Dennis J. Wysocki
>          Chief Deputy of Operations

Attachment
cc:   All Judges
      Courtroom Deputies
      Counsel of Record

ATTACHMENT A

# IN RE: REASSIGNMENT OF MAGISTRATE JUDGE REFERENCE

| CIVIL CASES | | MAGISTRATE JUDGE | |
|---|---|---|---|
| **CASE NUMBER** | **CASE STYLE** | **ORIGINAL REFERENCE** | **NEW REFERENCE** |
| 1:05CV00073 WRW | Mullins vs City of Salem AR et al | John F. Forster, Jr. | H. David Young |
| 1:07CV00002 BSM | Peyton vs Fred's Stores | John F. Forster, Jr. | J. Thomas Ray |
| 1:07CV00011 BSM | Fowler vs Shelter Mutual Co et al | John F. Forster, Jr. | H. David Young |
| 1:08CV00015 BSM | BMG Music et al vs Wiles | John F. Forster, Jr. | Jerry W. Cavaneau |
| 2:04CV00190 JLH | Parrish vs Metropolitan Life | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 2:06CV00091 JMM | Simes et al vs James et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 2:07CV00042 SWW | Scott et al vs USA | John F. Forster, Jr. | J. Thomas Ray |
| 2:07CV00043 BSM | Helena Chemical Co vs Loveless et al | John F. Forster, Jr. | Beth Deere |
| 2:07CV00067 BSM | Walker vs Mr. Maintenance Inc. | John F. Forster, Jr. | Beth Deere |
| 2:07CV00098 WRW | Bishop et al vs Johnson & Johnson et al | John F. Forster, Jr. | Beth Deere |
| 2:08CV00016 BSM | Cameron vs Gas-Fired Products Inc. | John F. Forster, Jr. | H. David Young |
| 2:08CV00017 BSM | Burrow et al vs Moody | John F. Forster, Jr. | H. David Young |
| 2:08CV00042 BSM | GE Capital Corp vs House Manufacturing Co Inc et al | John F. Forster, Jr. | Jerry W. Cavaneau |
| 3:04CV00148 JLH | Gurley vs West Memphis | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 3:05CV00218 WRW | EEOC vs Tobacco Superstores Inc. | John F. Forster, Jr. | J. Thomas Ray |
| 3:06CV00163 BSM | Sexton et al vs Hutton et al | John F. Forster, Jr. | J. Thomas Ray |
| 3:07CV00066 JLH | Seals vs American Greeting Corp | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 3:07CV00071 JLH | Harris vs American Greeting Corp | John F. Forster, Jr. | Beth Deere |
| 3:07CV00135 SWW | Razorback Concrete Co vs Dement Construction LLC | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 3:07CV00140 WRW | Blevins et al vs Grizzle et al | John F. Forster, Jr. | Beth Deere |
| 3:07CV00143 JLH | Bartels vs SSA | John F. Forster, Jr. | Jerry W. Cavaneau |
| 3:07CV00158 WRW | Henry vs Premcor Refining Group Inc. | John F. Forster, Jr. | H. David Young |

| 3:07CV00190 SWW | Ulrey vs Covenant Transportation GroupInc et al | John F. Forster, Jr. | J. Thomas Ray |
|---|---|---|---|
| 3:08CV00006 BSM | Ford et al vs City of Harrisburg AR et al | John F. Forster, Jr. | J. Thomas Ray |
| 3:08CV00017 JLH | McMillian vs Union Pacific RR et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 3:08CV00041 BSM | Byrd vs Kinder Morgan River Terminals LLC | John F. Forster, Jr. | Beth Deere |
| 4:01CV00830 WRW | Pediatric Specialty et al vs AR Human Services et al | John F. Forster, Jr. | H. David Young |
| 4:03CV00834 GTE | Jacoway vs LR School et al | John F. Forster, Jr. | Beth Deere |
| 4:04CV00488 WRW | InfoMath Inc vs U of A et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:04CV00656 JLH | Paris vs Union Pacific | John F. Forster, Jr. | J. Thomas Ray |
| 4:04CV00989 WRW | Rille et al vs Roberts et al | John F. Forster, Jr. | H. David Young |
| 4:04CV01312 SWW | Coghill vs USA | John F. Forster, Jr. | H. David Young |
| 4:05CV1336 RSW | Walker vs ADC et al | John F. Forster, Jr. | Jerry W. Cavaneau |
| 4:05CV01908 SWW | Hunter et al vs Bruce Oakley Inc. | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:06CV00497 GTE | Kashlan vs TCBY Systems LLC et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:06CV00779 BSM | Ray vs Blocker et al | John F. Forster, Jr. | Beth Deere |
| 4:06CV00904 WRW | Harrison vs UAMS | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:06CV01009 JMM | Mills vs Intergrated Airlines | John F. Forster, Jr. | Beth Deere |
| 4:06CV01173 JMM | Sargent vs Farmers Insurance Exchange et al | John F. Forster, Jr. | H. David Young |
| 4:06CV01378 SWW | Conseco Life Insurance Co vs Williams et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:06CV01535 JMM | Riley vs AR Dept of HHS et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:06CV01558 SWW | USA vs McMahan et al | John F. Forster, Jr. | Beth Deere |
| 4:06CV01610 WRW | Otto Dental Supply Inc vs Kerr Corp et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:06CV01632 GTE | Johnese et al vs Ashland Inc et al | John F. Forster, Jr. | H. David Young |
| 4:06CV01657 JMM | Archer et al vs Singh et al | John F. Forster, Jr. | Jerry W. Cavaneau |
| 4:06CV01726 JMM | Coorstek Inc vs Electrical Melting Services Co Inc | John F. Forster, Jr. | Beth Deere |
| 4:07CV00146 SWW | Shurley et al vs L&L Consultants LLC et al | John F. Forster, Jr. | Jerry W. Cavaneau |

| 4:07CV00267 JLH | Estrada vs National Diamond Corp | John F. Forster, Jr. | Henry L. Jones, Jr. |
| --- | --- | --- | --- |
| 4:07CV00298 SWW | Continental Casualty Co vs Walker et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:07CV00424 JLH | Lincoln vs State of AR et al | John F. Forster, Jr. | H. David Young |
| 4:07CV00444 JMM | Cellularvision Technology & Telecommunications LP vs Alltel Corp et al | John F. Forster, Jr. | Beth Deere |
| 4:07CV00449 JMM | Rauls vs USA | John F. Forster, Jr. | H. David Young |
| 4:07CV00477 GTE | Clark vs Baka et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:07CV00529 GTE | Mayo vs NLR Housing Authority | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV00593 WRW | Southeastern Stud & Components Inc vs American Eagle Design Build Studios LLC et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV00612 JLH | Roberts vs Bendos | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV00627 SWW | J & J Sports Productions Inc. vs Smith | John F. Forster, Jr. | J. Thomas Ray |
| 4:07CV00632 JLH | Ruth Beasley Mulkey Estate vs K Mart Corp et al | John F. Forster, Jr. | Beth Deere |
| 4:07CV00638 JLH | Robertson vs Loggins et al | John F. Forster, Jr. | H. David Young |
| 4:07CV00664 RSW | Berg vs MetLife Inc | John F. Forster, Jr. | J. Thomas Ray |
| 4:07CV00790 JMM | Ramsey et al vs Southern Employee Benefit Services Inc | John F. Forster, Jr. | H. David Young |
| 4:07CV00802 JLH | Inloes et al vs Airgas Mid South Inc | John F. Forster, Jr. | Beth Deere |
| 4:07CV00842 WRW | EEOC vs Electric Cowboy of Little Rock Inc | John F. Forster, Jr. | Jerry W. Cavaneau |
| 4:07CV00845 JLH | Ewings vs Union Pacific RR Co | John F. Forster, Jr. | Beth Deere |
| 4:07CV00877 JMM | Hicks et al vs Union Pacific RR Co | John F. Forster, Jr. | J. Thomas Ray |
| 4:07CV00883 JMM | McAlister vs Case & Associates Properties Inc | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV00954 BSM | deClue vs Zales Outlet | John F. Forster, Jr. | J. Thomas Ray |
| 4:07CV01052 WRW | Lebbin vs White Co Medical Center et al | John F. Forster, Jr. | Jerry W. Cavaneau |
| 4:07CV01055 WRW | Green et al vs Wells Fargo Home Mortgage Inc | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV01120 WRW | Fuller vs Fiber Glass Systems LP | John F. Forster, Jr. | H. David Young |

| 4:07CV01154 JMM | Mid-Continent Casualty Co vs Sullivan et al | John F. Forster, Jr. | H. David Young |
| --- | --- | --- | --- |
| 4:07CV01155 BSM | Mid-Continent Casualty Co vs Sullivan et al | John F. Forster, Jr. | Beth Deere |
| 4:07CV01161 SWW | Cossey vs Early | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV01188 BSM | Smith-Hopkins vs Richie et al | John F. Forster, Jr. | Jerry W. Cavaneau |
| 4:07CV01189 SWW | USA vs Rineco Chemical Industries Inc | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:07CV01208 JLH | Collins vs Target Corp Inc | John F. Forster, Jr. | Beth Deere |
| 4:07CV01221 SWW | Affiliated Real Estate Appraisers of AR vs Moran | John F. Forster, Jr. | Beth Deere |
| 4:08CV00014 WRW | Gillam Farms vs KonaWare Inc | John F. Forster, Jr. | H. David Young |
| 4:08CV00020 BSM | Hobby vs Underground Utilities Contractors Inc | John F. Forster, Jr. | H. David Young |
| 4:08CV00076 JLH | Mullins vs Allstate Ins Co | John F. Forster, Jr. | J. Thomas Ray |
| 4:08CV00089 WRW | Brown vs J B Hunt Transport Services Inc | John F. Forster, Jr. | J. Thomas Ray |
| 4:08CV00136 SWW | Regions Insurance Inc vs Mayo | John F. Forster, Jr. | Beth Deere |
| 4:08CV00143 JMM | Feldman vs Standard Fire Insurance Co | John F. Forster, Jr. | H. David Young |
| 4:08CV00145 SWW | Russell vs Harris et al | John F. Forster, Jr. | Beth Deere |
| 4:08CV00160 JLH | Brown vs Georgia-Pacific Wood Products LLC | John F. Forster, Jr. | Jerry W. Cavaneau |
| 4:08CV00208 JLH | Hampton vs New York Air Brake Corp | John F. Forster, Jr. | H. David Young |
| 4:08CV00210 WRW | Washington et al vs Holladay et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:08CV00212 JMM | White et al vs Chesapeake Exploration LLC | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:08CV00231 BSM | Johnson et al vs Anheuser-Busch Inc | John F. Forster, Jr. | J. Thomas Ray |
| 4:08CV00270 JLH | Hardin et al vs T Rowe Price Retirement Plan Services et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:08CV00283 WRW | Johnson et al vs Davol Inc et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:08CV00323 JLH | National General Ins Co et al vs Road Side Assistance et al | John F. Forster, Jr. | H. David Young |
| 4:08CV00327 JMM | Dupree vs City of Jacksonville AR et al | John F. Forster, Jr. | Henry L. Jones, Jr. |

| 4:08CV00341 WRW | Chism et al vs Ethicon Endo-Surgery Inc et al | John F. Forster, Jr. | Jerry W. Cavaneau |
|---|---|---|---|
| 4:08CV00356 JMM | Cleveland vs Davol Inc et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 4:08CV00363 WRW | Gillam et al vs Harding University et al | John F. Forster, Jr. | J. Thomas Ray |
| 4:08CV00369 WRW | USA vs Alexander | John F. Forster, Jr. | Beth Deere |
| 4:08CV00415 JMM | Liu et al vs Mehlin et al | John F. Forster, Jr. | Beth Deere |
| 5:06CV00225 WRW | Anderson vs Wal-Mart Stores Inc. | John F. Forster, Jr. | H. David Young |
| 5:06CV00247 SWW | Woods vs ADC | John F. Forster, Jr. | H. David Young |
| 5:06CV00252 JLH | EEOC vs Tanami Trading Corp | John F. Forster, Jr. | J. Thomas Ray |
| 5:07CV00007 JMM | Sanders vs AR State Highway & Transportation Dept et al | John F. Forster, Jr. | H. David Young |
| 5:07CV00082 JMM | Bocksnick vs Jefferson Co AR et al | John F. Forster, Jr. | Beth Deere |
| 5:07CV00263 WRW | Terry et al vs Duncan | John F. Forster, Jr. | Jerry W. Cavaneau |
| 5:07CV00297 BSM | Duren vs Washington Group International Inc. | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 5:07CV00307 JLH | Henry vs Denbrock et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 5:08CV00041 JMM | DeQueen Villas Limited Partnership vs State Farm Fire & Casualty Co | John F. Forster, Jr. | Beth Deere |
| 5:08CV00065 BSM | Polite vs ADC | John F. Forster, Jr. | J. Thomas Ray |
| 5:08CV00100 SWW | Richardson vs City of Dermott AR et al | John F. Forster, Jr. | Jerry W. Cavaneau |
| 5:08CV00106 JMM | USA vs Burdan et al | John F. Forster, Jr. | Henry L. Jones, Jr. |
| 5:08CV00117 JMM | Battles vs Townsend et al | John F. Forster, Jr. | H. David Young |
| 5:08CV00126 WRW | Schueller vs Goddard et al | John F. Forster, Jr. | H. David Young |